| | |
|---|---|
| 1 | KEVIN V. RYAN **(California State Bar No. 118321)**<br>United States Attorney |
| 2 | JAY R. WEILL **(California State Bar No. 75434)**<br>Assistant United States Attorney |
| 3 | Chief, Tax Division |
| 4 | 10th Floor Federal Building<br>450 Golden Gate Avenue, Box 36055 |
| 5 | San Francisco, CA 94102<br>Telephone:   (415) 436-7017 |
| 6 | Fax:             (415) 436-6748 |
| 7 | Attorneys for the United States of America |

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| RICHARD O. STEVENS, Trustee of The Gloria S. Stevens Trust, and Named Executor of Gloria S. Keesey Stevens Estate, | ) ) ) | NO.  C-05-03967-SC |
| Plaintiff, | ) ) ) | **APPLICATION TO CONTINUE CASE MANAGEMENT** |
| v. | ) ) | **CONFERENCE** |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) | |

The Complaint in this case was filed on September 30, 2005 but not served on the United States Attorney's Office until December 9, 2005. A case management conference is scheduled for January 20, 2006. The parties request that the conference be continued to April 7, 2006 to allow the government an opportunity to receive the administrative files from the IRS and to respond to the Complaint. Plaintiff's counsel, James E. Stevens, joins in this request.

KEVIN V. RYAN
United States Attorney

/s/ Jay R. Weill
JAY R. WEILL
Assistant United States Attorney
Chief, Tax Division

**ORDER**

Upon application of the United States, the Case Management Conference is continued to April 7, 2006 at 10:00 a.m.

_____
SAMUEL CONTI
United States District Judge