1  KEVIN V. RYAN **(California State Bar No. 118321)**
   United States Attorney
2  JAY R. WEILL **(California State Bar No. 75434)**
   Assistant United States Attorney
3  Chief, Tax Division

4  10th Floor Federal Building
   450 Golden Gate Avenue, Box 36055
5  San Francisco, CA 94102
   Telephone:   (415) 436-7017
6  Fax:              (415) 436-6748

7  Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **RICHARD O. STEVENS, Trustee of The Gloria S. Stevens Trust, and Named Executor of Gloria S. Keesey Stevens Estate,** )<br>)<br>)<br>)<br>    Plaintiff, )<br>)<br>        v. )<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>    Defendant. )<br>_____ ) | NO.   C-05-03967-SC<br><br><br><br><br><br>**STIPULATION AND ORDER** |

The parties agree that the case management conference scheduled for April 7, 2006 shall be continued to June 9, 2006 when the government's motion for summary judgment is to be heard.

Dated:  March 31, 2006                    /s/ James E. Stevens
                                          JAMES E. STEVENS
                                          Attorney for Plaintiff


                                          KEVIN V. RYAN
                                          United States Attorney


Dated:  April 3, 2006                     /s/ Jay R. Weill
                                          JAY R. WEILL
                                          Assistant United States Attorney
                                          Chief, Tax Division

**So Ordered**


                                          _____
                                          UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Samuel Conti*