1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Tax Division
    9th Floor Federal Building
4   450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
5   Telephone:   (415) 436-6935
    FAX:          (415) 436-6748
6
   Attorneys for the United States of America
7
              IN THE UNITED STATES DISTRICT COURT FOR THE
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                       SAN FRANCISCO DIVISION
10
   **RICHARD O. STEVENS, Trustee of The**      )
11 **Gloria S. Stevens Trust, and Named Executor**  )   NO.  C-05-03967-SC
   **of Gloria S. Keesey Stevens Estate,**      )
12                                              )
              **Plaintiff,**                    )
13                                              )   **STIPULATION RE: INTEREST**
           **v.**                               )   **AND ORDER THEREON**
14                                              )
   **UNITED STATES OF AMERICA,**                )
15                                              )
              **Defendant.**                    )
16 _____)

17       Defendant Untied States of America and plaintiff Richard O. Stevens, Trustee, through

18 their undersigned counsel, stipulate that interest on tax overpayments is computed pursuant to 26

19 U.S.C. § 6611(a)(b)(2)and (3) from August 1, 2002, when the untimely tax return was filed.

20       The parties further stipulate that pursuant to the September 4, 2007 decision of this Court

21 the overpayment of taxes and interest thereon through September 10, 2007 is $89,100.13.

22       The parties further stipulate that this stipulation is without prejudice to the parties' right to

23 appeal the decisions and judgment of this Court.

24                                    SCOTT N. SCHOOLS
                                      United States Attorney

25                                    /s/ Thomas Moore
   /s/ James E. Stevens               THOMAS MOORE
26 JAMES E. STEVENS                   Assistant United States Attorney
   Attorney for Plaintiff--           Attorneys for the United States
27   Richard O. Stevens, Trustee

28 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

   Dated:_____September 10, 2007_____

   _____
                                      UNITED STATES DISTRICT JUDGE