UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD O. STEVENS, Trustee of The Gloria S. Stevens Trust, and Named Executor of the Gloria S. Keesey Stevens Estate,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | No. 05-03967 SC<br><br>ORDER AMENDING FINDINGS OF FACT AND <u>CONCLUSIONS OF LAW</u> |

On September 4, 2007, the Court issued its Memorandum of Decision; Findings of Fact and Conclusions of Law. <u>See</u> Docket No. 43. In that Memorandum, the Court ordered the parties to submit briefs addressing their dispute over the calculation of interest. <u>Id.</u> at 11. The parties have since resolved the dispute and stipulated that interest began to accrue on August 1, 2002. <u>See</u> Docket No. 45. The Court therefore AMENDS the Memorandum of Decision as follows:

The final paragraph, beginning with "The parties dispute the date. . . ." is hereby deleted.

The following paragraph is added in place of the deleted text:

"As stipulated by the parties, interest began to accrue on

August 1, 2002, the date on which Plaintiff filed the estate tax return.  Pursuant to I.R.C. § 6611, Plaintiff is entitled to $23,618.24 in pre-judgment interest."

IT IS SO ORDERED.

Dated: September 10, 2007

_____
UNITED STATES DISTRICT JUDGE