UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD O. STEVENS, Trustee of The Gloria S. Stevens Trust, and Named Executor of the Gloria S. Keesey Stevens Estate,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | No. 05-03967 SC<br><br>JUDGMENT |

   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment be entered and is so entered in favor of Plaintiff Richard O. Stevens and against Defendant United States of America in the amount of $89,100.13.  This amount represents $65,481.89 in overpaid taxes, and $23,618.24 in pre-judgment interest, calculated pursuant to 26 U.S.C. § 6611.

   This represents the Court's final judgment with respect to the above-captioned action.

   IT IS SO ORDERED, ADJUDGED AND DECREED.


   Dated: September 10, 2007


　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE